IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MELISSA M., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 7:25-CV-00008-BW |
| | § | |
| FRANK BISIGNANO, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
|     Defendant. | § | |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Commissioner's decision is **REVERSED**, this case is and **REMANDED** to the Commissioner for further proceedings, and this case is **CLOSED**.

It is further **ORDERED** that the Clerk of Court shall transmit a true copy of this Judgment and the Order dated this day to counsel for the parties.

**SIGNED on** July 7, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE